**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VENTURA DIAZ, Civil No. 01-1413 (DWF/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

JOHN DOE, Nos. 1 through 5,
individually and in their official capacities as
deputies of the Ramsey County Sheriff's
Department and
ROBERT FLETCHER, individually and in his
official capacity as Sheriff of Ramsey County and
COUNTY OF RAMSEY,

Defendants.

---

Robert Bennett, Esq., and Eric Hageman, Esq., Gartner Bennett & Schupp, 2200 One Financial Plaza, 120 South 6th Street, Minneapolis, MN 55402-1824, counsel for Plaintiff.

Carl Dietz, Esq., Ramsey County Attorney, 50 West Kellogg Boulevard, Suite 315, St. Paul, MN 55102-1657, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 7, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed DEC 0 7 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________